**Order entered November 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00926-CV

## IN RE MILTON LEE TARVER, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-02379-QU**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's October 20, 2020 petition for writ of mandamus. We **DENY AS MOOT** all motions.

/s/    DAVID EVANS
       JUSTICE